### GEORGE P. GORE v. HIRAM W. RAY.

*Dissolution of attachment—Writ of error.*

A writ of error will not lie to review an order of the circuit court dissolving a writ of attachment.

Error to Berrien. (Smith, J.) Argued February 9, 1888. Decided March 2, 1888.

Proceedings to review an order of the circuit court dissolving an attachment. Plaintiff brings error. Writ dismissed as not a proper remedy. The facts are stated in the opinion

*A. H. Potter* (*C. B. Potter*, of counsel), for appellant

*N. A. Hamilton* and *L. C. Fyfe*, for defendant.

LONG, J. This is a proceeding upon a petition to a circuit court commissioner of Berrien county to dissolve a writ of attachment.

The proceedings, after hearing before the commissioner, were removed by appeal to the circuit court for said county, and, upon a hearing there by the court before a jury, the attachment was dissolved. The respondent brings the cause to this Court on a writ of error.

This writ is not the proper remedy. It is not a proceeding according to the course of the common law, but is a special proceeding under the statute. *Gray v. York*, 44 Mich. 415 (6 N. W. Rep. 874). The writ of error must be dismissed.

The other Justices concurred.